UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JULIE MARSHBURN, M.D., | Case No. CV 14- 0242-CAS (PJWx) |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and, DOES 1 through 10, inclusive, | |
| Defendants. | |

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed as to all parties, with prejudice, and in its entirety, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 14, 2015

_____
Hon. Christina A. Snyder
United States District Court Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4839-4908-5740 v1 - 1 - CASE NO. 14 CV00242 CAS (PJWx)
ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE